**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6803**

---

KEVIN L. CHOICE,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA; CHARLES CONDON,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.   David C. Norton, District Judge. (CA-00-2496-18BD)

---

Submitted:  November 27, 2001      Decided:  January 24, 2002

---

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kevin L. Choice, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin L. Choice appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Choice v. South Carolina</u>, No. CA-00-2496-18BD (D.S.C. Apr. 30, 2001). Although we grant Choice's motion to amend his informal brief, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>